IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION



UNITED STATES OF AMERICA                                         PLAINTIFF

V.                                          CIVIL ACTION NO. 5:03-cv-00488-DCB-JCS

THREE PARCELS OF REAL PROPERTY KNOWN
AS THE CLUB ROLEX, PORT GIBSON,
MISSISSIPPI, WITH ALL IMPROVEMENTS,
APPURTENANCES AND FIXTURES THEREON
AND ALL PROCEEDS THEREOF                                         DEFENDANT

## ORDER DISMISSING CIVIL FORFEITURE CASE

WHEREAS the United States Attorney's Office for the Southern District of Mississippi has requested that this Court dismiss this civil action seeking forfeiture of the defendant property pursuant to Rule 41 (a)(2) of the Federal Rules of Civil Procedure;

WHEREAS the defendant property, three parcels of real property known as the Club Rolex, Port Gibson, Mississippi, is also included in a separate criminal case (Criminal No. 5:03cr24-DCB-ALL) and there has been a hearing held on the criminal forfeiture proceeding in which the parties are awaiting the Judge's decision regarding the forfeiture matter of the defendant property in the above-mentioned criminal case.

WHEREAS there is no need to continue with the civil forfeiture case; therefore,

IT IS HEREBY ORDERED that the civil action in this matter is dismissed without prejudice.

SO ORDERED this 28th day of Sept. 2006.

CHIEF U.S. MAGISTRATE JUDGE